

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
|  |  | No. 08-11-00282-CR |
| JODY MAX GOODE, | § |  |
| Appellant, |  | Appeal from the |
|  | § |  |
| v. |  | 112th District Court |
|  | § |  |
|  |  | of Upton County, Texas |
| THE STATE OF TEXAS, | § |  |
|  |  | (TC# 10-12-U970-DPO) |
| Appellee. | § |  |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF OCTOBER, 2013.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.